**Order entered October 17, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00226-CR

**MATTHEW JOSEPH ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80447-2016**

## ORDER

Before the Court is appellant's October 16, 2017 second motion to extend time to file a brief. We **GRANT** the motion. Appellant's brief shall be filed by October 31, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/    LANA MYERS
        JUSTICE